# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Melvin L. Rummel
      Tina L. Rummel

               Debtors

PNC BANK, NATIONAL ASSOCIATION
               Movant

      vs.

Melvin L. Rummel
Tina L. Rummel

               Debtors

Steven M. Carr Esq.

               Trustee

CHAPTER 13

NO. 16-02507 RNO

11 U.S.C. Section 362

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of PNC BANK, NATIONAL ASSOCIATION for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on August 9, 2016, by first class mail, and/or electronic means upon those listed below:

Debtors
Melvin L. Rummel
2928 Hanover Pike
Apt. A
Hanover, PA 17331

Tina L. Rummel
2928 Hanover Pike
Apt. A
Hanover, PA 17331

Attorney for Debtors
Torren C. Ecker, 544 Carlisle Street
Hanover, PA 17331

Trustee
Steven M. Carr Esq.
119 East Market Street (VIA ECF)
York, PA 17401

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: <u>August 9, 2016</u>

Melvin L. Rummel
2928 Hanover Pike
Apt. A
Hanover, PA 17331
Tina L. Rummel
2928 Hanover Pike
Apt. A
Hanover, PA 17331

<u>//s/ **Joshua I. Goldman, Esquire**</u>
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322